# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3037
_____

RICHARD GARCIA,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Duval County.
Russell Healey, Judge.

February 8, 2019


PER CURIAM.

   AFFIRMED.

ROWE, BILBREY, and KELSEY, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard Garcia, pro se, Appellant.

Ashley B. Moody, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.